UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENYON ALLEN COLLINS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:16 CV 2140 CDP |
| | ) |
| COOK GROUP INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF STAY

Having fully considered the arguments of the parties,

**IT IS HEREBY ORDERED** that the motion to stay [16] is granted, and this case is stayed pending further Order of the Court.

**IT IS FURTHER ORDERED** that the Order Setting Rule 16 conference [32] is vacated.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2017.